EDWARD J. HANNAN, Appellant, *v.* THOMAS CARY, Respondent.

*Real property — landlord and tenant — erection by tenant of house on leased land — eviction for non-payment of land rent — action for conversion of house — complaint properly dismissed.*

(Argued May 4, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. Plaintiff's assignor leased a plot of land from the defendant and erected a house thereon. The lease contained the following clause: " It is understood and agreed that the house belongs to the party of the second part who or whose assigns may at any time remove said house from said premises." Subsequently the lessee defaulted in the land rent and was

evicted from the premises. About four years thereafter this action was commenced to recover for the alleged wrongful conversion of the house.

*Henry W. Brush* and *Edmund J. Plumley* for appellant.
*Arthur R. Conley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.